DATE: January 3, 2019

Tammy Nesbitt

1060 Horton Drives

Greensboro, Georgia 30642

(706) 453-7838 (H)

**5:19-CV-013**

RECEIVED CLERK'S OFFICE
2019 JAN -8 PM 12:19
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Order of facts for ADA Lawsuit:

1) Date of hirer
2) Number of positions I had
3) Injuries sustained at work
4) Accommodates
5) How I was force to go on leave
6) Separation Notice
7) Information on my workman comp case
8) Harassment and bullied on the job
9) What I am asking

1. I started working for Hancock State Prison on July 2, 2007.
2. Number of position I had. Two position which is Correctional Officer I, II. I bid on several other position. I was passed over every time. A list of positions I applied for and denied. _(See attachment A)_
3. Injuries I received while working for Hancock State Prison. In 2010, I was attacked by male inmate who grabs me from behind and used me as a shield to protect himself from another male inmate coming at him with a weapon (shank). Trying to get away from him I hit my right knee on the iron sally port bar. This caused me to have two surgeries on my right knee which lead to restrictions. In December of 2014 I fell in the parking lot at Hancock State Prison. I injured my knees, shoulders, wrists, and my back/ spine. In 2013-2015 I was treated for anxiety and depression. _(see attachment B)_ I had to have another surgery on my right knee. This is a total of 3 surgeries on my right knee. I provided my job with a copy of my doctors (Stephen Johnson and Julian Price) Permanent Impairment Rating on 12/18/2014 which showed my self-limited at 57%. This rating cover injuries to right knee, both wrist, cervical spine. Today I still have issues with these injuries. When I stared working at HSP I had long term disability. After my first injury in 2010, the following year during open enrollment they denied me coverage saying I was a liability. They never cover my family again. My Permanent Impairment Rating is enclosed. _(see attachment C)_

4. Accommodation requested from Hancock State Prison from my workman comp doctors was desk duties. I was placed in the control rooms until Warden, Annettia Toby started working at Hancock State Prison. I could have worked any control rooms or dorm if the policy was followed. Every 90 days employees Post supposed to be changed. This rarely happens. I stayed on one Post for over a year. I explained this to my workman comp doctors so they assigned me desk duties. Lieutenant April Jones rarely followed my restrictions. Lt. Jones assigned post for our shift. Lt. Jones would assign me onto a dorm knowing I have restrictions. On one occasion Captian, Ingram had to instruct Lt. Jones to follow my restrictions and he relocated from the dorm to a control room overturning Lt. Jones decision. I have written several letters to the other Wardens to work at Hancock State Prison informing them that Lt. Jones is not following my restrictions. Other employees had restrictions but Lt. Jones never went against their restrictions. I see positions given to employees to accommodate their health condition and restrictions. I was been accommodated with my restrictions until Warden, Toby arrived. Officer Kevin Dowd has Cancer and he applied for Bunker Sergeant Position but he did not pass the lie detector test so he was given a GCI position. We were told by our shift supervisors that if we bid on a position and could not pass the lie detector we would get fired. Another situation is Officer Sherrica Franklin applied for Escort Officer and she got it and she told me she has restrictions on her knees. I applied for the Escort position and I was denied, Warden, Toby told me I couldn't have this position because of my restrictions. Another situation is Office Dixon and Officer Harper was given the Escort position out of favoritism. I asked Office Dixon what kind of interview questions they asked, because I was going to apply, for the Escort position. Office Dixon said she did not have an interview. The Escort position was made up to accommodate certain people. I loved my job and took pride in my work and I am very disappointed they treated me this way. Co-workers who can verify other employees have had accommodated by made up position and they was allowed to continue in a security position. 1) Lynn Davis (478)-552-1181 H, 2) Keshia Taylor (706)817-7122 C, 3) Louis Jones (478)533-1157 H, 4) Jacqueline McCrary (706) 444-9565 H 5) Valarie Hargrove (706) 444-9407 H. *(see attachment D)* my final Georgia Analyst Worksheet I turned in said I could work any control with limited step climbing and walking prolong.

5. Annettia Toby, Warden started working at HSP at the end of 2016. In January of 2017 Warden, Toby started sending me letters, while I was on a medical leave. The one letter stated moving me out of my security position. The other letter stated for me to turn in my uniforms and equipment's. Another was Vera Watkins called me telling me about two position that was open and I need to apply for it and the deadline was the same day she called me. We had several phone conversations with Warden, Toby: (1) was they do not accommodate permanent restrictions (2) I was force to stop attending In-Service (3) I was instructed me to be by me phone all the time in case she calls again (4) Our final conversation was, I would only lose 5% in this new position and the 5% was because we are a closed security prison. I was on leave because I was diagnosed with type 2 diabetes, stress, hypertension, anxiety, and depression. I returned from my medical leave on March 6, 2017 not knowing what position Warden, Toby was giving me.  March 6 2017 I returned to work and Warden, Toby gave me a form stating I will take a cut in pay which was $7,000.00 less that what I was making. So, I meet with Warden, Toby and reminded her of our conversation that I would only lose 5% not

$7,000.00. Warden, Toby denied every saying this. I did not sign this form. Then Warden, Toby gave me another form stating I'm being place on leave with pay starting March 6, 2017. On April 6, 2017, after 3.40 hours your exiting leave will exhaust. Once my leave is exhaust, I will have the options 1) providing medical documentation showing you are able to return to work with no restrictions or 2) resign the position. I did sign the form only saying I did receive this notice. I sent Warden, Toby a Georgia Activity Analysis dated January 30, 2017that my workman comp doctor filled out letting her know I can continues in the Control Room setting. I also sent the Warden a certified letter on March 13, 2017 letting her know I will accept the position she offered me on March 6, 2017. The tracking number is 7016 0910 0001 9311 5480. Enclosed (See attachment E)

6. Warden, Toby never responded to my certified letter dated March 13, 2017. I was kept on leave without pay until December 4, 2018. I received a letter and Separation Notice from Komola Edwards, Commissioner's Designee for Adverse Action, on December 18, 2018. I did respond within the time limit. As of December 4, 2018 I no longer have insurance to get my medication for other medical issues. Enclosed is the separation notice stating I resign when that is not true, when and how I was placed on leave and taken out of my security position by Warden, Toby. A copy of my original salary. A copy of the certified letter to Warden, Toby accepting the Clerk 1 position on the same day she put me on leave. A copy with date of the certified card and letter I sent to Warden, Toby accepting the position she officered me on March 6, 2017. A letter from Komola Edwards sent me asking did I want a review. I responded to Mrs. Edwards within five days is also enclosed. A copy of the letter I sent to Vera Watkins is enclosed. ***(see attachment E)***

7. When I fell in the parking lot at HSP, I was denied for workman comp it was said the fall was not in line with my job duties. My workman comp lawyer name is Stephen H. Brown 1206 George C Wilson Drive, Augusta, Georgia 30909. I was offer $104.000.00 by the State. I turned it down because may lawyer would have gotten 33% of this claim. I would no longer be able to get the future care. I was still being checked out by these doctors. His office number is (706)8689020. I have a C/D of my fall in 2014 that Hancock State Prison camera recorded. My workman comp claim number is 2014-038787. My Workman Comp case ruling is enclosed along with a letter of the last State Agency on my case Mr. Joann Daniels. My Resume is enclosed. ***(See attachment F)***

8. Harassment begins when April Jones was a Sergeant and it continues into her becoming a lieutenant. Lt. Jones instructed me to write a statement on why I was helping my co-worker feed. I briefing all supervisors instructed us to be team player by helping each other. I was given permission to help out other. I have helped her out with feeding and it was ok with her. But when I helped my co-worker feed Lt. Jones instructed me to write a statement. ***(See attachment-G)*** these are some of the statement I wrote on Lt. A. Jones.
I was harassed and bullied by Deputy Warden, George Ivey. Captain, Derrick Hill violated policy by repeating what happen in a private meeting. I was on hospital duty when an incident at Milledgeville Medical Center took place. A nurse had accused me of stealing his cell phone. Officer Louis Jones and I had hospital duties that night. The next day we were called into Mr. Ivey Officer at separate times. When I entered Mr. Ivey Office, Captain, Derrick Hill was present. Mr. Ivey asked me what happen and I explained what had happen. I explain that the nurse that

said I stole his cell phone searches both of our bags himself and he found nothing. I was put on leave without pay. I had to turn in my badge and ID card and I was walked out by third shift OIC, Lt. Anthony Benson. The same day I appealed his decision with leave without pay to Carey Burns, Adverse Action Agent, thought the state. The next day, I was told to report to Warden Johnson's, Officer. So, Warden, Johnson, Mrs. Vera Watkins and I were present at this meeting. Warden, Johnson reversed Mr. Ivey decision from leave without pay to leave with pay for a week until the investigation was completed. After a week I was call back to Warden, Johnson's officer and Mr. Hill and I attended this meeting. The Warden Johnson gave me my badge and ID card back and said this situation will not affect me it like it did not happen and that the nurse searches our belonging was illegal. He also told me they found that I did nothing wrong. The day I returned to work Captain, Hill instructed me to come to Ivey office. Mr. Hill was in this meeting too. Mr. Ivey was forcing me to go from third shift to first. Mr. Ivey asked me how I feel about going to first shift. I asked did I have a choice. Mr. Ivey said, no. When walking out of Mr. Ivey officer, I was behind Mr. Hill and we both were headed to the supervisors post area called Security. Mr. Hill did not know I was behind him. I walked into security and heard Mr. Hill tell Lt. Jones your buddy is going to first shift. Lt. Jones looked up smiling ready to say something but she paused when she saw me looking at her. Lt. Jones then asked me was I moving to first shift and I said no and got what I needed and walked out. Mr. Hill kept walking not looking back and went into his officer. I wrote Mr. Johnson a note before my shift was over and put the note under his officer door. The note stated that I was called to Mr. Ivey office yesterday and he's trying to put me on first shift and this is a conflict for me. I take care of my mom during the day and work at night. This is how all the supervisors do to punish a person. They make up their own rules and force people to comply. I stayed on third shift after my letter to Warden, Johnson. Mr. Ivey went against his superior decision and Mr. Hill did not speak up on what Mr. Johnson rule on in that meeting we attended with Mr. Ivey. Mr. Hill was very unprofessional he knows Lt. Jones do not like me this is why he told her what went on in a private meeting. Mr. Ivey does this all the time forcing people to move just because he can. This is more harassment from HSP Change of Command. Mr. Ivey did this to Officers' Brurtavious Cooper, Louis Jones, Annie Robinson, Jermaine Turner ECT...... Bulling is against the law in the school systems and it should be implemented in the work place too. I witness this type of behavioral at Hancock State Prisons' by supervisors and the Change of Command. The State of Georgia should have undercover Officers to work at these prisons in every state. This is how they can truly learn how employees are being treated as I just mention above.

    On this particular day post was changing. Lt. Jones move me from I control to J control with stairs. I would have to go up and down the stairs to use the restroom, clean up, heat my food, etc..... This is how my second surgery came about with not following my restrictions. There are only two control rooms with stairs and they are; J-control and D-building. We have six control rooms with no stairs; they are Main-control, E, F, G, H, I controls. I know officers who never work a dorm since I been there. Officer Alma Collier, Ellison, Franklin, and the list go on. Officer Collier received special treatment she get selected day off every year from Christmas thru New Year. No one else can have this time off because she gets it every year. Last year she didn't get all her time like the years before because we had a new Captain and his friend got all

this time off. Officer Collier did get Christmas week off but she was refused all the time up till New Year off. There are several Transitional Employment Plans my doctors sign for my restrictions. If these plans are needed you can contact my Workman Comp Lawyer, Stephen Brown at (706) 855-1687 and he has all my medical records.

      Per Officer Dylano Turner said to me that Lt. Jones and Sgt. Grier were talking and laughing at me when OC spray was deployed in our unit and I was coughing so bad and couldn't breathe. I had to ask Lt. Fluellen could I get step outside to get some fresh air. He Okayed me to go outside to get some fresh air. This is what I am talking about with Lt. Jones she should have asked me where I okay and told me to go outside to get air. This is what a leader dose. Her behavioral does not represent leadership and her training Sgt. Grier to follow in her footsteps is even worst. Officer Turner can be reached at (478) 232-0217. Per Lt. Jones notes she provided and is the main one who has a lot to say on my performance sheet. Sgt. Grier started following Lt. Jones patterns. One night I got locked out of the booth. When I radio that a 10-10 (Fight) on I-2 dorm Lt. Jones instructed me to get the camera and record the incident so I had to open the control room door to get a better view because the bars surrounding the control room makes it difficult to see what was going on. The Officer from dorm I-2 had forgotten her radio in the control room. I was standing in the doorway and when she was headed back to her post with her radio I moved out her way and she close the control room door locking us in the sally port. What Lt. Jones doesn't know is I notified the Duty Officer also the Captain at the time Captain, Mr. Ingram and told him about the incident? He instructed me to write a statement and put it in his office box in security. I did just that. Lt. Jones is lying on me trying to get me fired and to have something to put on my performance sheet. This is slander, and defamation of character in my opinion.

Failure to select: Officers Louis Jones; Ms. Heath; Ms. Hargrove's; and we all wrote Forsyth, Georgia about being interview at their officer for the position the Field Training Officer. We felt that we would receive a fair ruling for this position. The copy of my letter was tampered with because I notice that Forsyth address was whitening out. I do not know how my letter ended up at Hancock State Prison. The interview was originally supposed to be in Forsyth, Georgia that is what the bid said. And in briefing the Unit manager, Mr. Kendrick, Unit Manager also said the interview was to be in Forsyth but the Mr. Kendrick said any one can apply and they wanted the interview to be healed here at Hancock State Prison so they can do the picking. I applied on time for this position. If you check the GDC Website jobs offering you will see that I applied on time. When Warden, Annettia Toby took over being the Warden at Hancock, A few months later I was called to meet with her around the end of 2016 October, November, or December. The meeting was about my permanent restrictions. Warden, Toby said I had nothing in my files saying I have permanent restrictions. I told her there should be something in my file saying this. This meeting came about because Lt. Jones told the Warden, Toby that I have permanent restrictions and she was complaining that everybody have permanent restrictions and there is no one to work the floor. The Warden informed me that they do not accommodate permanent restrictions. This is when I told the Warden that I had been applying for Sergeant, and Field Training Officer Positions. This is when the Warden said, "You cannot be promoted with restrictions or permanent restrictions". I never heard that before. All those interviews I went

up for were a waste of my time. After this meeting with the Warden, a few days later on December 8, 2016 I received a certified letter in the mail from the Warden saying I applied too late for the positions of a Field Training Officer Position. The funny thing is I did not apply to Hancock I applied through Forsyth. I learned that Lt. Jones and Warden, Toby are friends and they attended BCOT (this is where people go for training to become a Correctional Officer) together.

Lt. Jones had my money taken. I received a Leave without pay letter from Personnel July 12, 2014. On the 15th is when we were to get paid. I learned from Personnel that Lt. Jones wrote me up. Lt. Jones said I was told to report to work on June 18, 2015. This was not true. Lt. Jones was not at work herself. When I called in I spoke with Sgt. Krystal Harris, letting her know I wasn't coming in that night and the following night. When I returned to work on June 22, 2015, I turned in all proof of why I was out into Sgt. K. Harris. When it was close to time to get shift off, a supervisor gave me an envelope with Personnel written on front of it. I read the letter say my check will be short some many dollars due to leave without pay. I asked everyone at work in my Change of Command did they know who did this. Everybody act if they did not know. I learned it was Lt. Jones and I wrote Warden, Eric Seller a letter asking him to reverse the decision after I explain what had happen. I pick up a grievance form from Personnel and I wrote Lt. Jones up. My money was refund to me the next pay period. There are procedures a supervisor when writing up an officer and Lt. Jones did not follow it. The Change of Command allowed her to not follow procedures and let her take my money. I was supposed to be notified if she was writing me up and told why I'm being written up. I was supposed to have written a statement response to this situation. Lt. Jones did none of this and my money was taken. They are allowing her to harass and bullied me. This is the second Grievance I have written on Lt. Jones. Letters written to the Wardens on Lt. Jones is enclosed. Warden, Dennis Brown showed the letter I wrote him to Lt. Jones. Lt. Jones told me so. This made Lt. Jones mad at me and more harassment continue. I enclosed references list is enclosed. Lt. Rodrick Davis supervised me and worked over Lt. Jones. He can tell you that Lt. Jones disliked me and was trying to get me fired and she is a very vengeful, she hold grudges and she's contradicting. Lt. Davis told me he tried talking to her about her behavior. Lt. Davis contact information is on my reference list. My job application for Field Training Officer is enclosed as you can see it was tamper with. I had mail it into Forsyth but somehow HSP ended up with it. This copy came from HSP. Then I received a letter from Warden, Toby about I missed the deadline to apply for this position. Look at the dates on my application and letter requesting to be interview in Forsyth and the Warden date on her letter. I applied in a timely matter and two other officers applied the same way I did Officer Louis Jones and Officer Valarie Hargrove. (**see attachment H**)

9. (See attachment F)

Thanks

*Tammy Nesbitt*
Tammy Nesbitt